DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE ZEPEDA-ANGUIANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | Case No. 1:11-cr-0436 AWI |
| )  | |
| *Plaintiff*,  )  | STIPULATION TO CONTINUE STATUS |
| )  | CONFERENCE HEARING;  ORDER |
| v.  )  | |
| )  | Date:  February 21, 2012 |
| JOSE ZEPEDA-ANGUIANO,  )  | Time:  10:00 a.m. |
| )  | Judge: Hon. Anthony W. Ishii |
| *Defendant.*  )  | |
| _____  )  | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record that the status conference hearing in the above captioned matter scheduled for February 13, 2012 at 10:00 a.m. may be continued to **February 21, 2012 at 10:00 a.m.**

Counsel needs additional time to communicate offer and discuss case with the defendant.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney


DATED: February 9, 2012        By:   /s/ Ian Garriques
                                     IAN GARRIQUES
                                     Assistant United States Attorney
                                     Counsel for Plaintiff



                                     DANIEL J. BRODERICK
                                     Federal Public Defender


DATED:  February 9, 2012       By:   /s/ Victor M. Chavez
                                     VICTOR M. CHAVEZ
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     Jose Zepeda-Anguiano
```

**O R D E R**

IT IS SO ORDERED.

Dated:   February 9, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE